AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 JUL 28 P 2: 04

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CLERK, US DISTRICT COURT
FLORIDA

CASE NUMBER: 5:08-cr-46-Oc-34GRJ
USM NUMBER: 20337-017

V.

DONALD CLAYTON TOWNS

Defendant's Attorney: Maurice C. Grant, Esquire (pda)

**THE DEFENDANT:**

**X** admitted guilt to violation of charge numbers **One through Three** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to reside in approved residence in violation of the Special Condition of Supervision | May 2008 |
| Two | Travel outside the district without permission in violation of Condition One of the Standard Conditions of Supervision | May 2008 |
| Three | New criminal conduct, threats against the President, occurring on or about May 16, 2008, while on supervision in violation of the conditions of supervision | May 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 27, 2009

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: July 27, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-TWO (22) MONTHS, to run consecutive with the terms of imprisonment imposed in Case Nos. 5:07-cr-29-Oc-34GRJ and 3:08-cr-426-J-34HTS, United States District Court, Middle District of Florida.**

.

    **X**    The Court makes the following recommendations to the Bureau of Prisons:

**Incarceration at Coleman, FL. This recommendation supersedes the recommendation contained in the Judgment in Case No. 5:07-cr-29-Oc-34GRJ.**

    **X**    The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    _____ at _____ a.m.   p.m.   on _____.

    _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    _____ before 2 p.m. on _____.

    _____ as notified by the United States Marshal.

    _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

                                          UNITED STATES MARSHAL

By                                     
                          DEPUTY UNITED STATES MARSHAL